

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JOEL GARCIA, | § | No. 08-19-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D0100) |
|  | § |  |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until December 18, 2020. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Jaime Esparza, the State's attorney, prepare the State's Brief and forward the same to this Court on or before December 18, 2020.

IT IS SO ORDERED this 18th day of November, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.